**97–2160. In re Resignation of Weiner.**

IT IS ORDERED by this court, *sua sponte,* that Richard Lee Weiner, Attorney Registration No. 0012563, last known address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of November 19, 1997, to wit: failure to file an affidavit of compliance on or before December 19, 1997.

**97–2198. In re Kinane.**

IT IS ORDERED by this court, *sua sponte,* that Daniel Edward Kinane, Jr., Attorney Registration No. 0023958, last known address in Dayton, Ohio, is found in contempt for failure to comply with this court's order of November 19, 1997, to wit: failure to file an affidavit of compliance on or before December 19, 1997.

**97–2459. Disciplinary Counsel v. Corbin.**

IT IS ORDERED by this court, *sua sponte,* that Charles Canterbury Corbin, Attorney Registration No. 0034178, last known address in Denver, Colorado, is found in contempt for failure to comply with this court's order of February 10, 1998, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before March 12, 1998.

**98–10. Disciplinary Counsel v. Sichta.**

IT IS ORDERED by this court, *sua sponte,* that Robert D. Sichta, Attorney Registration No. 0006037, last known address in Hicksville, Ohio, is found in contempt for failure to comply with this court's order of February 18, 1998, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before March 20, 1998.